**FILED** EAA

4/4/2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

EAA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

JAN 17 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Berl McKinnie

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**1:18-cv-00471**
**Judge John Z. Lee**
**Magistrate Judge Geraldine Soat Brown**
**PC8**

vs.

Nurse Assistance taylor

Nurse Wright

Nurse Leono

(To be supplied by the Clerk of this Court)

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

X      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
          U.S. Code (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
          **28 SECTION 1331 U.S. Code (federal defendants)**

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.**  **Plaintiff(s):**

    A.   Name: Berl mcKlnnie

    B.   List all aliases: N/A

    C.   Prisoner identification number: N S1640

    D.   Place of present confinement: Cook County Jail

    E.   Address: PO Box 089002 Chicago Il 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**  **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.   Defendant: Traylor

        Title: Nurse Assistance

        Place of Employment: Cook County Jail

    B.   Defendant: Wright

        Title: Nurse

        Place of Employment: Cook County Jail

    C.   Defendant: Leono

        Title: Nurse

        Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

List all Law Suits

A. Name of case And docket number — 16C9030

B. Approximate date of filling _____

D. List All Defendant — Sgt. Dally — tom Dart

E. Court in which the Lawsuit was filed. Northern District

F. name of Judge. John Z. Lee

G. Basic claim. Deliberate In Difference _____

H. Disposition of this case _____ Pending _____

I. Approximate Date of Disposition _____ Pending _____


List All Law Suit

A. Name of case and Docket number McKinnie—v—Dart -15 cv 10855

B. Approximate Date of filling _____ in 2015

1. List all Plaintiff ~~Per McKinnie~~

D. List A Defendant _____ tom Dart _____

E. Court in which the Lawsuit was filed Northern District

F. name of Judge _____ Don't remenber

G. Basic claim _____ Deliberate InDifference

H. Disposition _____ Pending _____

I. Approximate dat of Disposition _____ Pending

1. List All Law Suits you have Filed

A. Name of case and docket Number 14 CR 185289

B. Approximate date of filling Lawsuit 8-24-15

C. List All Plaintiff Bed mcKinnle

D. List All Defendant City of chicago, Dt Jarmuszl David #1718
Dt foley Patrich # 20143

E. court In which the Lawsuit was filed Northern District sta Court

F. Name of Judge to whom case was Assigned onKnowed

G. Basic claim made defamation of character

H. Disposition of this case ~~████████~~ Dismiss

I. Approximate date of disposition ~~████████~~ Dismiss

3P9

III A. List All Lawsuits you (And your co-Plaintiffs, if Any) have Filed in Any State or Federal Court in the United States:

A. Name of case And docket Number __14.CV·09588__

B. Approximate date of filing Lawsuit __12-1-14__

C. List All Plaintiffs (If you had co-Plaintiffs) including Any Aliases __Berl meKinnie__

D. List All Defendants __Thomas Dart Sheriff of cook County et, Al__

E. Court in which the Lawsuit was Filed (if Federal court, Name the District, if State court, Name the County) __NORthern District of ILLinois__

F. Name of Judge to whom case was Assigned __John R, Blakey__

G. Basic clam made __Deliberate inDifference__

H Disposition of this case ( For exampl: was the case Dismissed? was it Appealed is it still spending __still pending SettLement__ over __unknown__

I Approximate Date of Disposition _____

List All Lawsuits you (And your Co-Plaintiff if an
Filed in Any Federal or State court in the United States

A. Name of case And docket Number 15CV1002
Berlmckinnie-v-tribune, et Al
B. Approximate date of filing Lawsuit Jan 29-15

C. List All Plaintiff (if you had Co-Plaintiff) In Cluding
Any Aliases Berl mckinnie

D. List All Defendants Sunsthme Inc & tribune Inc

E. Court in which the Lawsuit was Filed (if Federal Court
name this district, if state court, name the Court)
NORther District

F. name of Judge to whom case was Assigned
Gettleman

G. Disposition of this case (for example was the case dismiss
was it Appealed is it still Pending) Dismiss with aefprejudice

I. Approximate Date of Disposition none



8 pg5

List all lawsuits you (and your co-plaintiffs if any) have filed in any state or federal court in the United States

A. Name of case and docket number 15c2187
Ber/mekinnie-v-chicago city,et.al

B. Approximate date of filing Lawsuit Mar 11 2015

C. List all plaintiff (if you had co-plaintiffs) including any aliase Bed mekinnie

D. List all defendants: Detective Jarmusz David #1718, Detective foley Patrick #20143, chicago Police Department-etal

E. Court in which the lawsuit was filed(if federal court, name the District! if state court, name the county) Northern District

F. name of Judge to whom case was assigned Judge Robert M. Dow. Jr

G. Basic claim made Defamation of Character

H. Disposition of this case(For example was the case dismissed? was it appealed? is it still pending?) Dismissed with out Prejudice

I. Approximate date of disposition: N/A

(Pg-7-D)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 13 CV 682

B. Approximate date of filing lawsuit: 6 -10 - 13

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Berl mcKlmic # N51646

D. List all defendants: Wexford Health CAre, MArtin et Al.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Southern District of Illinois

F. Name of judge to whom case was assigned: Unknown

G. Basic claim made: Diliberate Indifference to serious medical need

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed

I. Approximate date of disposition: Dismissed

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3 -1

Revised 9/2007

List All Lawsuit

A. name of case and docket number 13-cv-01372 McKinnie-V Top.
Dart

B. date of filing 2-20-13

C. List All Plaintiff Bert mcKinnie

D. List All Defendants Tom Dart

E. Court In which the lawsuit was Filed Norther District of
Ill

F. Judge name don't Know

G. claim Dilliberate Indiffernce

H. Disposition of case Settlement

I. Approximate date of disposition Settlement

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 16-CV-65778
McKinnie -v- Tom Dart

B. Approximate date of filing lawsuit: 6-1-16

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Berl mcKinnle

D. List all defendants: Tom Dart

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Ill

F. Name of judge to whom case was assigned: I Dont Know

G. Basic claim made: Dilliberate Indifference

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: Pending

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

From 2016 to 2017 Plaintiff have been harass by Nurse Assistance Taylor, Plaintiff have wrote griavnce After griavnce on taylor for verbal harassment on Plaintiff without A Resolution or it being solve. Plaintiff talk to taylor supervisor Nurse Wright, MS Leono with no Resolution to this Problem. Nurse Assistance Taylor verbally Abused Plaintiff by telling officer And Inmate that Plaintiff is gay, And A Baby Raper, Plaintiff is A one Leg Fag And a Sissy. One Day Plaintiff seen Nurse Assistance taylor in the Hallway And she said out Lound there go my Queer sister McKinnie, Plaintiff have cry out for months on this Problem with no Resolution, Plaintiff even ask taylor supervisor MS, Wright, MS Leono to move her from this Floor from around Plaintiff. but it never happ. when this happen to Another Inmate And A Nurse, MS Wright, And MS Leono had that Person move

4                                                      Revised 9/2007

from the floor, but wooldn't Do it for Plaintiff
so the verbal harassment kelp going, even when
Plaintiff talk to them more then three time
This have cause Plaintiff to be incarcerated under
Conditions losing A Substantial Risk of serious
harm to Plaintiff safety. Plaintiff have been threating
by Inmate for what taylor said to Inmate,
officer. this is a Retaliating for Plaintiff saying
that he Don't like Big women, and Ms taylor are
a Big Lady. when officer Pork had told her what
Plaintiff and another Inmate was talking about
Plaintiff Did bring this to the attention of
taylor supervisor and this never brought any Resolution
to this problem. this went on for more then a year
subjecting Plaintiff to constant fear of violence.
This is maliciously and sadistically for the very
Purpose of causing harm in Prison conditions. To
Plaintiff health and safety. This is a Violation
of Plaintiff federal constitutional Rights by all
of the Defendants. Plaintiff wrote grievances
And Did exhaustion his administrative Remedies
with no Resolution. this is a claim flailure to protect,

. EQUAL Protection, due Process, A Violation OF Plaintiff 14th 8th Amendment Rights. by Nurse taylor calling Plaintiff Fag, Rapist, Sissy, one Leg Fag, Punk, gjay Slurs. Calling Plaintiff Derisive terms. Plaintiff Are In Danger of being Assaulted or Killed by other Inmates. Plaintiff have wrote grievances And on one of the grievances the grievances Board gave MS taylor the grievances Plaintiff wrote on her And she Responded to the grievance which is A Violation of the cook county Rules as well As Plaintiff, See exhibited 1, 2 and Wash Any thing Done About this. Plaintiff Did bring It to his councilor grievances Board Attention and the grievances it stand the Respond Did All So. All OF the Defendants Violated Plaintiff Rights. there was no Resolution to this matter. Plaintiff Did cry for help And It went on Dead ear. MS wright, MS Leono Turn they ear close to Plaintiff cry And Did Nothing. when it was told to them by Plaintiff on meany occasion And they Did nothing to stop this Verbal harassment on Plaintiff wend they knew this could cause harm to Plaintiff Safety And his life, but Did Nothing. Now, that some of the Inmate have been move to other

Division tell other Inmate in Difference Division that Plaintiff Are gay And he is in here for Rape. each And every time Plaintiff go to court or to the Hospital that's call Cermak Inmate come up to Plaintiff Asking Plaintiff Are he in here for Rape And Ask Are he gay because what Nurse Assistance taylor have told them About Plaintiff, This is A on going Problem here in this cook county Jail, Plaintiff fear for his life in here this county Jail. And Plaintiff wrote Plaintiff Another grievance on MS taylor And the Board try to Revese it and say telling the employee bringing this to there Attention when they Are wrong the employee have been telling Plaintiff what she been saying About Plaintiff Not Plaintiff king Any thing to Any employee About Any thing the employee of the county Jail employee, Detainees Are entitled to Protection Against Cruel And inhuman treatment As to Plaintiff by the employee of the county Jail. Just A cover up For what have be Done Due Process clause, Also A claim for cruel And unusual Punishment As Well A Violation of Plaintiff 14th 8th Amendment Rights, Declare that the ob- And ommissions described here in Violate Plaintiff Rights under the U.S. constitu- tion, Federal And State law, And Deprives Plaintiff Rules And Resolutions; Declare the Proposed Relief is narrowly tailored to Remedy on going Violation of Plaintiff constitutional Right And to Prevent the occurance of Irreparable harm in the Future. Issue declarative And In Junctive Relief Against CCDOC And the Defendants, Supervisor Leono, Nurse wright, Assistance nurse taylor. enter Judgement In faver of Plaintiff for nominal, compensatory, And Punitive damages, As Allowed by Law Against each Defendant Jointly And Severally.

5-A

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory Damages in the Amount of 500,000
Dollar from each Defendant 500,000 Dollar in Punitive
Damages From each Defendant And nominal Damages
As this Court Deem Just And Proper Against each
Defendant Jointy And severally

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

Berd McKinnie

(Signature of plaintiff or plaintiffs)

Berl mcKinnie

**(Print name)**

2014097248

**(I.D. Number)**

PO Box 089002
Chicago Ill 60608

**(Address)**

6                                                                 Revised 9/2007

exhibit -1 of 2
2017    220

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| 08732 | 0026548 |

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

NAME *(Apellido del Preso)*: Mckinnie

INMATE FIRST NAME *(Primer Nombre)*: Berl

ID Number *(# de Identificación)*: 20140917248

GRIEVANCE ISSUE AS DETERMINED BY CRW: 220 misconduct (NON-Physical)

IMMEDIATE CRW RESPONSE (if applicable): CHA Staff

CRW/ REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services ): Terros

DATE REFERRED: 6 / 7 / 17

### RESPONSE BY PERSONNEL HANDLING REFERRAL

This grievance statement against me is not true and didn't happen the way Mr. McKinnie said it happened. First of all the nurse he's talking about is Nurse Robinson, LPN. She and I agreed at the nurses station that she would - See Attached

PERSONNEL RESPONDING TO GRIEVANCE (Print): Taylor

SIGNATURE:

DIV./DEPT.: 8-RTU-3FL

DATE: 6 / 28 / 17

### THIS SECTION IS TO BE COMPLETED BY INMATE!

INMATE SIGNATURE *(Firma del Preso)*: Berl McKennie

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* 6 / 30 / 17

### INMATE'S REQUEST FOR AN APPEAL ( *Solicitud de Apelación del Preso*)
### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso:)* 6 / 30 / 17

INMATE'S BASIS FOR AN APPEAL: *(Base del preso para una apelación:)* Person I wrote on can't Answer this grievance It Did happen like I Said it, you wasn't here you All Just trying to cover up for Nurse taylor my LAW will know About, And the Person I wrote grievance on can't Answer

### ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?    Yes *(Si)* ☐    No ☑
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a):)* Response stands

INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a))*: Susan Shebel

SIGNATURE *(Firma del Administrador o/su Designado(a):)*:

DATE *(Fecha)*: 9 / 25 / 17

### THIS SECTION IS TO BE COMPLETED BY INMATE!

INMATE SIGNATURE *(Firma del Preso)*: Berl McKinnie

DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibido)* 9 / 26 / 17

(FCN-40b) ( AUG 16)        (WHITE COPY – INMATE SERVICES)        (YELLOW COPY – C.R.W.)        (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

exhibit 2 of 2

220

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

CONTROL #

INMATE ID #
0026549

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !    *(! Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☑ Grievance
☐ Non-Compliant Grievance

☑ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

**PRINT - INMATE LAST NAME** *(Apellido del Preso):*
mcKinnle

**PRINT - FIRST NAME** *(Primer Nombre):*
Berl

**INMATE BOOKING NUMBER** *(# de identificación del Preso):*
20140917248

**DIVISION** *(División):*
8

**LIVING UNIT** *(Unidad):*
3F

**DATE** *(Fecha):*
6-4-17

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibirla no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

**REQUIRED - DATE OF INCIDENT** *(Fecha del Incidente)*
6-2-17

**REQUIRED - TIME OF INCIDENT** *(Horad del Incidente)*
4:00 pm

**REQUIRED - SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico del Incidente)*
Div-8-3F

**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** *(Nombre y/o Identificación del Acusado)*
Nurse Taylor

Nurse taylor came to Accucheck on 3F but when I got to the window she slam it in my Face then star talking Real Disrespect to me calling me one Leg Dog when I do have one Leg she Didn't wont to give me my Acccheck some one else had to give it to me then after the nurse give me my check she came back. I have wrote multiple grievance on her for Disrespecting me. Now she is still Do this. I don't understand you we bring thing to the grievance Boar Don't Any happen. Keep her Away from me

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE:** *(Firma del Preso):*
Berl mcKinnie

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):**
D Wilson

**SIGNATURE:**
D W

**DATE CRW/PLATOON COUNSELOR RECEIVED:**
6/5/17

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**

(FCN-40a)(AUG 16)        (WHITE COPY – INMATE SERVICES)        (YELLOW COPY – CRW/PLATOON COUNSELOR)        (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:** 4 of 6

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE  Exhibit D

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| McKinnie | Ber | 20140917248 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 6 | 3F | 8-27-16 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta a la queja o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 8-27-16 | 9:30 am | Div-6 - 3F |

On 8-27-16 Nurse taylor was giving AccuCheck to check my sugar level I got up while she had a Inmate at the window while I was get my I.D. so when I got to the window to get my AccuCheck she slam the window in my face And she was Still Siting Down, so I knock on the window then she got up And looked at me And fuck you then walk out the Door. So I had officer claramia to call sat Hill And I told

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse:)*

I want some Action Done About this matter. I Done what the Cook County told me to Do write grievance on matter that Not Right And I Did that now Nurse taylor Nurse Jackson is Retaliateing Again I talk to Nurse white I need

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* |
|---|---|
| | Bur McKinnie  8-27-16 |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| D. WILSON | D GW | 8-29-16 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |



## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:** 5 of 6    2 of 3

☐ EMERGENCY GRIEVANCE

☑ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☑ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* McKinnie

**PRINT - FIRST NAME** *(Primer Nombre):* Berl

**INMATE BOOKING NUMBER** *(# de identificación del detenido)* 2014091724 8

**DIVISION** *(División):* 8

**LIVING UNIT** *(Unidad):* 3F

**DATE** *(Fecha):* 8-27-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 8-27-16 | 9:30 Am | Div-8 3F |

What Nurse talor Did so he told me he is going to look At the tape
And he Did And Seen I WAS At the window on time she Refuse
to check my Accu check. so Sgt Hill sended Parametic LABcheck to
Do my Accu check And it was 172 that why my Head was hurting. this
Retalition because I wrote her up when I fell in the Shower And I wrote
her up As well Nurse Jackson who been Retaliate AJAinst me for that

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

to talk to her About this matter Also About How Nurse taylor
fratenizeing with Inmate And can't Do her Job Right. All you have
to Do is Roll Back the tapes

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELIGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):* Berl McKinnie 8-27-16

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): D Wilson | SIGNATURE: D Wil | DATE CRW/PLATOON COUNSELOR RECIEVED: 8/29/16 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-40)(SEP 14)  **(WHITE COPY** – INMATE SERVICES)  **(YELLOW COPY** – CRW/PLATOON COUNSELOR)  **(PINK COPY** – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☑ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

CONTROL # _____   INMATE

---

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**   *8 of 5*

☐ EMERGENCY GRIEVANCE
☑ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☑ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

---

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* McKinnie

**PRINT - FIRST NAME** *(Primer Nombre):* Berl

**INMATE BOOKING NUMBER** *(# de identificación del detenido)* 20140917248

**DIVISION** *(División):* 8

**LIVING UNIT** *(Unidad):* 3F

**DATE** *(Fecha):* 8-27-16

---

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

---

**DATE OF INCIDENT** *(Fecha Del Incidente)* 8-27-16

**TIME OF INCIDENT** *(Hora Del Incidente)* 9:30 AM

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)* Div-8 3F

Reason. As Nurse taylor was walking out the Door she said fuck me And Just walk out the Door on me while I was at the window, then she came back and said to me write your grievance it not going to Do no good A round All the Inmate that wason the unit. Plus she Dont say How she be in All the Inmate Faces talking and cant Do Her Job. Roll Back the tape you see

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitada, Esta sección debe completarse)*

---

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):* Berl mcKinnie 8-27-16

---

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR (Print):** D Wilson

**SIGNATURE:** D. W.

**DATE CRW/PLATOON COUNSELOR RECIEVED:** 8/29/16

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** _____

**SIGNATURE:** _____

**DATE REVIEWED:** _____

---

(FCN-40)(SEP 14)   **(WHITE COPY** – INMATE SERVICES)   **(YELLOW COPY** – CRW/PLATOON COUNSELOR)   **(PINK COPY** – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #      INMATE ID.

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):*
mcKlane

PRINT - FIRST NAME *(Primer Nombre):*
Ren

INMATE BOOKING NUMBER *(# de identificación del detenido)*
20190917248

DIVISION *(División):*
8

LIVING UNIT *(Unidad):*
3F

DATE *(Fecha):*
8-27-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

DATE OF INCIDENT *(Fecha Del Incidente)*
8-27-16

TIME OF INCIDENT *(Hora Del Incidente)*
1:00 PM

SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)*
Div-8 3F

I wrote the grievance on Nurse taylor 8-27-16 - And A Inmate who was work out there were the office was, that wasn't here when she Did what she Did to me, So her And officer Clavarria who was working the unit that Day was out with her talk about How they going to set me up. to get me. Now I use to take the Accucheck at 4:30 Am but the Doctor Change it to 9:00 Am So the Nurses on 11 to 7 Shift will Do

ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED *(Acción que esta solicitado, Esta sección debe completarse)*

I don't feel comfortable with. I would like some one else to Do my Accucheck I AM ASK you All to have Nurse taylor to be Remove from 3F because She is out to get me for what Reason I Don't Know!

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LE ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):*
Ren mcKennis 8-27-16

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print):
D. Wilson

SIGNATURE:
D. W.

DATE CRW/PLATOON COUNSELOR RECIEVED:
8/29/16

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:

(FCN-40)(APR15)     (WHITE COPY – INMATE SERVICES)     (YELLOW COPY – CRW/PLATOON COUNSELOR)     (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡ Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE  20F6

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

## INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* McKinnie

**PRINT - FIRST NAME** *(Primer Nombre):* Berl

**INMATE BOOKING NUMBER** *(# de identificación del detenido)* 20140917?4

**DIVISION** *(División):* 8

**LIVING UNIT** *(Unidad):* 3F

**DATE** *(Fecha):* 6-27-16

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #. nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT** *(Fecha Del Incidente)* 6-27-16

**TIME OF INCIDENT** *(Hora Del Incidente)* 2.00 Pm

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)* Div-8 3F

give me my AcQucheck No more At 4:30 Am, now I have to get it on
7 to 3 shift At 9:00 AM in the morning. Plus Sh___ Nurse taylor was out
there calling me All kind of name. So I dont feel Comfotable with her
treating me because she might say I said something to her when I AM not that type
of Person. I am going to call my Lawyer Kenneth Flaxman And Notify hem about this, Also
my mother so they can call the Superintentdent Brown About this matter

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*
And yes she
Did call Last call for Acqucheck but when I got up and got up
to the Desk to git my I D there was a Inmate At the window
And she still Refuse me Roll back the tape you all we see

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA E INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):* Berl McKinnie 8-27-16

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR (Print):** D Wilson

**SIGNATURE:** D. W.

**DATE CRW/PLATOON COUNSELOR RECIEVED:** 8/29/16

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**

(FCN-40)(APR15)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(! Para ser llenado solo por el personal de Inmate Services !)*

### GRIEVANCE FORM PROCESSED AS:

☐ EMERGENCY GRIEVANCE    306-8

☑ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

### REFERRED TO:

☑ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):*
MicKinnie

**PRINT - FIRST NAME** *(Primer Nombre):*
Beryl

**INMATE BOOKING NUMBER** *(# de identificación del detenido).*
20140917248

**DIVISION** *(División):*
8

**LIVING UNIT** *(Unidad):*
3F

**DATE** *(Fecha):*
6-27-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

**DATE OF INCIDENT** *(Fecha Del Incidente)*
8-27-16

**TIME OF INCIDENT** *(Hora Del Incidente)*
2:00 Pm

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Especifico Del Incidente)*
Div-8-3F

Plus I have a Pending Lawyer Suit on Nurse Taylor And Now
She trying to Retaliate Against me. Now that the Doctor have change
my Dr me to take my Accucheck And the Doctor change it to 9/00
the time She is Doing Accucheck, if you Roll back the tapes I have never
had Any contact with Nurse Taylor for to tell the officer I disrespected her
before when. I Dont feel comfortable with her treating. I feel she might try to write

### ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED *(Acción que esta solicitado, Esta sección debe completarse)*

I spoke with Sgt Hill he went and Roll the tape back and
Seen what Nurse Taylor so he got some one to come Down to
2F to give me my Accucheck while Nurse taylor was plotting to set me

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELIGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):*
Beryl McKinnie

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):**
D. Wilson

**SIGNATURE:**
D. Wil

**DATE CRW/PLATOON COUNSELOR RECIEVED:**
8/29/16

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

0026540
Exhibit E 220

☑ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

CONTROL #
20167380

## INMATE INFORMATION *(Información del Preso)*

INMATE LAST NAME *(Apellido del Preso):* McKinnie

INMATE FIRST NAME *(Primer Nombre):* Beol

ID Number *(# de identificación):* 20140917248

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
220 misconduct (NON-Physical) by CHS staff

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): Cermak

DATE REFERRED: 9/30/16

RESPONSE BY PERSONNEL HANDLING REFERRAL: Refered to Nursing Disrupt

PERSONNEL RESPONDING TO GRIEVANCE (Print): S. Shebel

SIGNATURE:

DIV. / DEPT.

DATE: 9/21/16

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):

SIGNATURE:

DIV. / DEPT.

DATE:  /  /

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE:
☐ NON-GRIEVANCE SUBJECT CODE:

INMATE SIGNATURE *(Firma del Preso):* Beol McKinnie

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida):* 9/24/16

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* 9/24/16

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):*
Nurse taylor Refuse to check my blood And she alway refusing to Do her Job. And she was heard telling Inmate about my case that she look up I heard her. And when I come Around she always telling the N/o one thing about me. and that use to be

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
¿ Apelación del detenido aceptada por el administrador o/su designado(a)?

Yes *(Si)* ☐      No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION (Decision o recomendacion por parte del administrador o / su designado(a)):

ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)):

SIGNATURE (Firma del Administrador o / su Designado(a)):

DATE (Fecha):  /  /

INMATE SIGNATURE (Firma del Preso): Beol McKinnie

DATE INMATE RECEIVED APPEAL RESPONSE:
(Fecha en que el Preso recibio respuesta a su apelacion):  /  /

FCN-48 (Rev. 09/14)      WHITE COPY - PROGRAM SERVICES      YELLOW COPY - CRW / PLATOON COUNSELOR      PINK COPY - INMATE

EXHIBIT A 0025549
220



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☑ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL #
201468497

### INMATE INFORMATION *(Información del Preso)*

INMATE LAST NAME *(Apellido del Preso):*
McKinnie

INMATE FIRST NAME *(Primer Nombre):*
Bert

ID Number *(# de identificación):*
20140917248

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 220 Misconduct (NON-Physical) by CHA Staff

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE //REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): Cermak
DATE REFERRED: 5/16

RESPONSE BY PERSONNEL HANDLING REFERRAL:

PERSONNEL RESPONDING TO GRIEVANCE (Print):
SIGNATURE:
DIV. / DEPT.
DATE: 10/28/16

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):
SIGNATURE:
DIV. / DEPT.
DATE: / /

NON-GRIEVANCE (REQUEST) SUBJECT CODE: (Check applicable box)
☐ GRIEVANCE SUBJECT CODE:
☐ NON-GRIEVANCE SUBJECT CODE:

INMATE SIGNATURE *(Firma del Preso):*
X Bert mcKinnie

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida):*
11/1/16

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* 11/1/16

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):* I want something done to nurse taylor for telling Inmate about my case Also, talking down about me. I haven't done anything to nurse taylor some action need to be done

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*
Yes *(Si)* ☐
No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):*

ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):*
SIGNATURE *(Firma del Administrador o / su Designado(a)):*
Bert mcKinnie
DATE *(Fecha):*
11/1/16

INMATE SIGNATURE *(Firma del Preso):*
Bert mcKinnie

DATE INMATE RECEIVED APPEAL RESPONSE:
*(Fecha en que el Preso recibio respuesta a su apelacion):*
11/29/16

FCN-48 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE



☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

*1 of 3*

*Exhibit B*

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):*
mcKinnie

**PRINT - FIRST NAME** *(Primer Nombre):*
Berl

**INMATE BOOKING NUMBER** *(# de identificación del detenido)*
20140972485

**DIVISION** *(División):*
8

**LIVING UNIT** *(Unidad):*
3F

**DATE** *(Fecha):*
10-3-16

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

**DATE OF INCIDENT** *(Fecha Del Incidente)*
10-3-16

**TIME OF INCIDENT** *(Hora Del Incidente)*
11:30

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)*
Div-8 3F

On 10-3-16 A Inmate Came and told me that Nurse taylor was talking my Business with he about she hate me and I wrote her up for not talking to me and this Inmate was not here when I wrote Nurse taylor up for not giving me my Accecheck and he also said that she told Nurse Right that I only wrote her up for not talking to me and she

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I want Some Action to happen to Nurse taylor why is she telling Any Inmate about me also about my case and I wrote her up and it did not work and it not going work because she have

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):*
Berl McKinnie

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):**
D. Wilson

**SIGNATURE:**
D. Wilson

**DATE CRW/PLATOON COUNSELOR RECIEVED:**
10/4/16

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE    *2 OF 3*
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

## INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* McKinnie

**PRINT - FIRST NAME** *(Primer Nombre):* Beal

**INMATE BOOKING NUMBER** *(# de identificación del detenido)* 20140917248

**DIVISION** *(División):* 8

**LIVING UNIT** *(Unidad):* 3F

**DATE** *(Fecha):* 10-3-10

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT** *(Fecha Del Incidente)* 10-3-13

**TIME OF INCIDENT** *(Hora Del Incidente)* 1:30

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)* Div-8, 3F

Said Nurse Right said fuck that I am going to do any thing to you for that lie and didn't do Any thing She Also talk About I AM A legless Dog She hate me. And She said me write didn't work fuck hem. And I know what this Inmate said is Not A lie becase he didn't know I wrote Nurse taylor And he was Not in Div-8 he was in Div-10 when I wrote her up

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

Nurse Right "in her corner She is not worrying About my write up. And I thought I was Doing the Right things by talking to Nurse Rgt About this Problem. I wont something Done to Nurse taylor for this

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):* Beal McKinnie

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR (Print):** D. Wilson

**SIGNATURE:** D. C____

**DATE CRW/PLATOON COUNSELOR RECIEVED:** 10/40/16

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**

(FCN-40)(SEP 14)    **(WHITE COPY – INMATE SERVICES)**    **(YELLOW COPY – CRW/PLATOON COUNSELOR)**    **(PINK COPY – INMATE)**



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE     3 of 3

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

## INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):*
mcKinnie

PRINT - FIRST NAME *(Primer Nombre):*
Berl

INMATE BOOKING NUMBER *(# de identificación del detenido)*
20140917248

DIVISION *(División):*
6

LIVING UNIT *(Unidad):*
3F

DATE *(Fecha):*
10-3-16

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Número de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 10-3-16 | 1:30 | Div-6-3F |

Also Nurse Right told me she did talk to Nurse taylor. Well why is she still telling Inmates About me And why she said Nurse Right is not going to Do Any to her because of me. And I talk to Nurse Right And I Respected what Nurse Right told me now she is taking side And lleing to me this what Nurse taylor have said. I have talk to Nurse Right About this problem Now it is still going on

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I am Asking some Action be takeing on Nurse taylor She allso to the Inmate I am mad becase she wouldn't put her issue on inmate no bad on the county thay not true

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* |
|---|---|
| | Berl McKimie |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| D WILSON | D. CN | 10/4/16 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-40)(SEP 14)          (WHITE COPY – INMATE SERVICES)          (YELLOW COPY – CRW/PLATOON COUNSELOR)          (PINK COPY – INMATE)



## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* mcKinnie

**PRINT - FIRST NAME** *(Primer Nombre):* Berl

**INMATE BOOKING NUMBER** *(# de identificación del detenido)* 20140917248

**DIVISION** *(División):* 8

**LIVING UNIT** *(Unidad):* 3F

**DATE** *(Fecha):* 10-3-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT** *(Fecha Del Incidente)* 10-3-16

**TIME OF INCIDENT** *(Hora Del Incidente)* 1:30

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)* Div-8 3F

three weeks Ago I talk to Nurse Right about nurse taylor And I told her About what Nurse taylor Have Done to me And Agaist me, And I Ask her for her help and came back and told me She took care of the Problem. now Nurse taylor is still telling Inmate About my CASE and that I wrote her up And that she got Nurse Right in her corner She is not going to do any to her. the same thing is still go on

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I wont Nurse Right to Deal with this Problem like she told me She would. I Respect Nurse Right And her word but she didt Do what She told me she did. It is still happening I wont some Action

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LE ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA.)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):* Berl mc Kinnie

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** D. Wilson

**SIGNATURE:** D. Wilson

**DATE CRW/PLATOON COUNSELOR RECIEVED:** 10/4/15

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**

(FCN-40)(SEP 14)        (WHITE COPY – INMATE SERVICES)        (YELLOW COPY – CRW/PLATOON COUNSELOR)        (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM  2 of 4
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !  *(! Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:_____
☐ Other: _____

PRINT - INMATE LAST NAME *(Apellido del Preso):* mcKinnie

PRINT - FIRST NAME *(Primer Nombre):* Berl

INMATE BOOKING NUMBER *(# de identificación del Preso)* 20140917248

DIVISION *(División):* 6

LIVING UNIT *(Unidad):* 3F

DATE *(Fecha):* 9-11-17

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 9-11-17 | 10:30 Am | Div-# 9-3F | nurse taylor  Ms. Leonor  nurse wright |

Nurse taylor has harass me since 2016. I have wrote multiple grievance on her And I have talk to Nurse Wright And Ms. Leanor telling About what Nurse taylor is Doing with on help I wrote A grievance on Nurse taylor on ___ And she Respond to the grievance I Appealed that grievance And Never got that grievance back. Now Nurse taylor is going Around telling Inmate that I Am In here for Raking BAby When I Am not multiple Inmate have CAme up to me ASKing me ___ "in

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE: *(Firma del Preso):*

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): D. Wilson | SIGNATURE: D. Wilson | DATE CRW/PLATOON COUNSELOR RECIEVED: 9/12/17 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* McKinnie

**PRINT - FIRST NAME** *(Primer Nombre):* Berl

**INMATE BOOKING NUMBER** *(# de identificación del Preso)* 2014091724456

**DIVISION** *(División):* 6

**LIVING UNIT** *(Unidad):* 3F

**DATE** *(Fecha):* 9-11-17

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solicitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| **REQUIRED - DATE OF INCIDENT** *(Fecha del Incidente)* | **REQUIRED - TIME OF INCIDENT** *(Horad del Incidente)* | **REQUIRED - SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico del Incidente)* | **REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 9-11-17 | 10:30 AM | Div-6-3F | Nurse Taylor  Ms Leonor  Nurse Wright |

here for Rapeing A Baby. Why is She continually harrasing me And Put them False Statement. She is telling Inmates About me Puting my life In Jeopardy not just in this Div but All of them because Some of the Inmate who have ASK me this have move to 10, 9, 2, And dont Know who they have told this to but it is All over Div-6 because of nurse taylor, even the staff have been ASKing me what me And nurse taylor got going on, and I ASK why you all ASK me this. And they said because She telk

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE:** *(Firma del Preso):*

---

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR (Print):** D. Wilson

**SIGNATURE:** D. Wil

**DATE CRW/PLATOON COUNSELOR RECIEVED:** 9/12/17

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**

(FCN-40y)(AUG 16)     (WHITE COPY – INMATE SERVICES)     (YELLOW COPY – CRW/PLATOON COUNSELOR)     (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM  3 of 4
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| McKJnnie | Gerl | 2014091724 8 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
|---|---|---|
| 6 | 3A | 9-11-17 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyeurismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 9-11-17 | 10:30 Am | Div-6- 3F | Nurse Taylor MS Leonor Nurse Wright |

About you every Day, the nurses have Said this to me and the
officer have came to me with this, look I have ask you all
to get her from Around me and every one have close they ears
to my cry, I talk to nurse wright, MS Leonor face to face about
this now no one have Done Any thing, Now I am at my end with
this, I Dont wont to Do anything to Nurse taylor, I am asking you
one more time to get her A way from me I can't take no
more and I mean this no more Please get her from

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información.)* | INMATE SIGNATURE : *(Firma del Preso)*: |
|---|---|
| | |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| D. Wilson | D Wils | 9/12/17 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-40s)(AUG 16)     **(WHITE COPY** – INMATE SERVICES)     **(YELLOW COPY** – CRW/PLATOON COUNSELOR)     **(PINK COPY** – INMATE)



| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| McKinnie | Bud | 20140917245 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
|---|---|---|
| 8 | 2F | 9-11-17 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grievance form must not contain offensive or harassing language.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluy acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccic (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 9-11-17 | 10:30 AM | Div-8-3F | nurse taylor Ms Leonor Nurse Wright |

Around me. I am calling my Lawyer Flaxmen who is a civil
Lawyer and my Criminal Lawyer GreenBird steven, Also my Mother
who will be calling out here Number 773-674-0212, 773-674-5090
Also here is the Number to the grievance that She her self appealed
2017 06732 on 6/30/17 I Appealed this grievance. I am asking you
All to Remove it from this floor or the Building I Don't Want her
to have No contact with me in no Way that why I ask
You All to Remove her from this Building, Office came up on Second And 3[...]

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE : *(Firma del Preso)* |
|---|---|
| | |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| D. Wilson | D. Wil[...] | 9/12/17 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

# Verification

## #2017121043

I TERRY WAtts _____ SWEAR To the Court that I Am the one who wrote this complaint for Mr. McKinnle, I Declare, under Penalty of PerJury, That I Am the one who done All the Legal work on this 1983 form. I swear to the Court the Information is true. Under Penalties As Provided by Law Pursuant to 735 IL CS 5/1-109, I certify that the Statements Set forth in this Foregoing Verification Are true And Correct. Mr. McKinnle have No Knowledge of the Law. I Am the In Proxy one who help Mr. McKinnle on this Legal matter. I Am Asking the Court to Appoint Mr McKinnle A Attorney to Represent hem on this matter. The Information in this Verification Are true And correct to the best of my Knowledge.

Jerry Watts

#2017121043

_____

Signature

Berl McKinnie #20140917248
PO BOX 089002
Chicago Il 60608




**RECEIVED**

JAN 17 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Prisoner Correspondence
Clerk of the Court
219 South Dearborn street
Chicago Il 60604
"Legal Mail"



01/17/2018-28

**1:18-cv-00471**
**Judge John Z. Lee**
**Magistrate Judge Geraldine Soat Brown**
**PC8**